614 A.2d 199

DEPARTMENT OF ENVIRONMENTAL
RESOURCES, Petitioner–Appellee,

v.

The Honorable Robert JUBELIRER, President Pro Tempore
of the Senate, et al., Respondents–Appellants.

No. 65 M.D. Appeal Docket 1989.

Supreme Court of Pennsylvania.

Dec. 22, 1989.

Linda J. Shorey, John P. Krill, R. Timothy Weston, Harrisburg, for Hon. Robert Jubelirer, Hon. D. Michael Fisher and The Senate of Pennsylvania.

James L. Walsh, Vincent C. DeLiberato, Robert W. Zech, Jr., Harrisburg, for Gary R. Hoffman, John Hartman and Legislative Reference Bureau.

S. David Fineman, Norman S. Berson, Harold K. Cohen, Philadelphia, W.C. Matthews, III, Coatesville, William Titelman, Pittsburgh, amicus for H. of R.

Ernest D. Preate, Jr. Atty. Gen. for Comm. of Pa. at No. 65.

S. David Fineman, Norman S. Berson, Harold K. Cohen, Philadelphia, W.C. Matthews, III, Coatesville, for Independent Regulatory Review Com'n at No. 65.

Henry G. Barr, Harrisburg, for amicus—Pa. Chamber of Business & Industry at No. 65.

Douglas R. Christian, Judith L. Rosenthal, Stanley L. Arabis, Philadelphia, for amicus—Sun Co., Inc. at No. 65.

Linda J. Shorey, John P. Krill, R. Timothy Weston, Harrisburg, for Hon. Robert Jubelirer, and Hon. Michael Fisher and the Senate of Pa. at No. 66.

Keith Welks, Chief Counsel, Richard P. Mather, Asst. Counsel, Richard D. Spiegelman, Carl H. Shuman, Harrisburg, for Dept. of Env. Resources at Nos. 65 & 66.

Thomas W. Scott, Harrisburg, for P.S.E.A.

Allen Warshaw, Harrisburg, for Hospital Ass'n.

462

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

AND NOW, this 22nd day of December, 1989, after consideration of the Application to Reinstate Automatic Supersedeas, Answer to Application to Reinstate Automatic Supersedeas and Memorandums of Law filed in the above case, and after hearing, the order of the Commonwealth Court dated December 14, 1989, granting the application of the Department of Environmental Resources to vacate the automatic supersedeas and ordering the Legislative Reference Bureau to publish the regulatory amendments known as IRRC Regulation No. 7–172 is VACATED. The Application To Reinstate Automatic Supersedeas is hereby granted. An expedited briefing schedule is ordered and the cause is to be listed for oral argument during the January Session, 1990 of this Court.